

FILED
2:42 pm, 8/3/18
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA ☑ Violation Notice ☐ Information ☐ Complaint
                          Plaintiff

vs                        Case Number   3:18-PO-00543-MLC /
                                        5:18-PO-00557-MLC
RAYMOND T. REINKE,
                          Defendant

Violation Charged:
1) Under the influence of alcohol to a degree that endangers self/others
2) Interference/resisting
3) Unreasonable noise
4) Storing an open container of alcoholic beverage in a motor vehicle
5) Disturbing wildlife

Citation Number:
1) 6395491 (WGT)
2) 6395490 (WGT)
3) 6395489 (WGT)
4) 7344537 (WYNP)
5) 7344538 (WYNP)

Date Violation Notice Issued   7/28/18 & 7/31/18   Place   Grand Teton National Park and Yellowstone Natinoal Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:13-10:30 AM              Interpreter
Date August 3, 2018              Interpreter Telephone

Before the Honorable Mark L. Carman

| Moe Cairns | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Dawson Osborn | | Travis Mangum |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared   ☐ By telephone
             ☐ Voluntarily   ☑ In Custody
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing
             ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to   Aug 8, 2018   at   11:00 AM

Petty Offenses/Misdemeanors Minute Sheet
3:18-PO-00543-MLC /
3:18-PO-00557-MLC

reason: Arraignment/Detention Hearing/Bond Revocation Hearing

☐ Bail is set at
  ☐ Unsecured  ☐ Cash/Surety  ☐ P/R-No Amount
☐ Conditions of release

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
  This consent was made  ☐ orally  ☐ in writing

---

☑ Informed of charges and rights     Date August 3, 2018
☐ Defendant arraigned                Date
☐ Court accepts plea                 Defendant enters ☐ Not Guilty Plea  ☐ Guilty
☐ Trial    Witnesses

☐ Disposition
  ☐ Not Guilty
  ☐ Guilty
  ☐ Dismissed
  ☐ Collateral Forfieted
  ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
  ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine              Payable
☐ Restitution       To
☐ Community Service To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  U.S. moved to detain defendant. Detention hearing, arraignment, and bond revocation hearing set for Wednesday, August 8, 2018, at 11:00 am. U.S. moved to amend petition to revoke bond to indicate location of defendant harrassing and hearding bison was Hayden Valley (not Lamar Valley). Motion to amend granted.