FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

AUG 03 2018

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

RAYMOND T. REINKE,

                Defendant,

Case Number: 3:18-PO-00543-MLC

3:18-po-0557-MLC

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

| **Location: Mammoth Courthouse** | |
|---|---|
| Yellowstone Justice Center, 105 Albright Ave. | Date: August 8, 2018 |
| Mammoth YNP, WY 82190 | Time: 11:00 AM |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    August 3, 2018

_____
Mark L. Carman
United States Magistrate Judge