# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
3:17 pm, 8/3/18
U.S. Magistrate Judge

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 3:18-po-00543-MLC  *3:18-po-0557-MLC* |
| RAYMOND T. REINKE, | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Setting |

Type of Case:

## PETTY OFFENSE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Before: |
|---|---|
| Yellowstone Justice Center<br>105 Albright Ave<br>Mammoth YNP, WY 82190<br>(307) 344-2578 | Mark L. Carman, United States Magistrate Judge |
| | Date and Time: |
| | August 8, 2018, 11:00 AM |

Type of Proceeding:

### DETENTION HEARING / ARRAIGNMENT / BOND REVOCATION HEARING

Stephan Harris
Clerk of Court

Dated this 3rd day of August, 2018.

Moe Cairns
Deputy Clerk

TO:
Counsel of Record

WY35

Rev. 05/31/2018