

*12:33 pm, 8/8/18*
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice ☐ Information ☐ Complaint |
| vs | Case Number 3:18-PO-00543-MLC /<br>5:18-PO-00557-MLC |
| RAYMOND T. REINKE,<br>Defendant | |
| Violation Charged:<br>1) Under the influence of alcohol to a degree that endangers self/others<br>2) Interference/resisting<br>3) Unreasonable noise<br>4) Storing an open container of alcoholic beverage in a motor vehicle<br>5) Disturbing wildlife | Citation Number:<br>1) 6395491 (WGT)<br>2) 6395490 (WGT)<br>3) 6395489 (WGT)<br>4) 7344537 (WYNP)<br>5) 7344538 (WYNP) |
| Date Violation Notice Issued  7/28/18 & 7/31/18 | Place  Grand Teton National Park and Yellowstone Natinoal Park |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 11:01-11:51 AM        Interpreter
Date  August 8, 2018        Interpreter Telephone

Before the Honorable Mark L. Carman

| Moe Cairns | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| F. Lee Pico | | Travis Mangum |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on
☑ Appeared   ☐ By telephone
            ☐ Voluntarily   ☑ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing    Stephen H. Potenberg
            ☐ FPD    ☑ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to    Aug 23, 2018    at  9:00 AM

WY 59                                Revised 06/26/2018

Petty Offenses/Misdemeanors Minute Sheet
3:18-PO-00543-MLC / 5:18-PO-00557-MLC

reason:    Bench Trial to be held in Yellowstone Justice Center.

☐ Bail is set at
        ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount
☐ Conditions of release

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
>     This consent was made  ☐ orally  ☐ in writing

☑ Informed of charges and rights    Date  August 3, 2018
☑ Defendant arraigned    Date  August 8, 2018
☑ Court accepts plea    Defendant enters ☑ Not Guilty Plea  ☐ Guilty
☐ Trial  Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine    Payable
☐ Restitution    To
☐ Community Service    To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  As to Arraignment: Defendant entered not-guilty pleas to all charges.  Bench trial set for August 23, 2018, at 9:00 AM.
As to Bond Revocation Hearing: The Court finds in favor of the government and revokes the bond entered in Grand Teton National Park in Case No. 3:18-po-00543-MLC.

Petty Offenses/Misdemeanors Minute Sheet
3:18-PO-00543-MLC / 5:18-PO-00557-MLC

As to Detention Hearing:  The Court orders defendant be held in custody pending trial set for August 23, 2018, at 9:00 AM