IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
AUG 08 2018
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND REINKE<br><br>Defendant. | Case No: 3:18-PO-543-MLC |

## ORDER REVOKING BOND

The above matter came before the Court on August 8, 2018 pursuant to a Petition to Revoke Bond filed by the United States on August 2, 2018. The Court, having considered evidence and arguments of counsel has found the defendant violated conditions of bond imposed on August 2, 2018. Bond is hereby revoked.

Dated this __8th__ day of August, 2018.

MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE