# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
AUG 23 2018
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number(s): 3:18-PO-00543-MLC / 5:18-PO-00557-MLC |
| vs | |
| RAYMOND T. REINKE | Defendant's Attorney(s) STEPHEN POTENBERG |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violations 6395490, 6395489, 7344537, 7344538.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 2.32(a)(1) | Interference/resisting | July 28, 2018 | 6395490 |
| 36 CFR 2.34(a)(3) | Unreasonable noise | July 28, 2018 | 6395489 |
| 36 CFR 4.14(b) | Storing an open container of alcoholic beverage in a motor vehicle | July 31, 2018 | 7344537 |
| 36 CFR 2.2(a)(2) | Disturbing wildlife | July 31, 2018 | 7344538 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation 6395491 is dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

August 23, 2018
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

8-23-18
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for: 60 days on 6395490; 10 days on 6395489; 60 days on 7344538. The terms shall run consecutively, for a total term of 130 days, with credit for 21 days served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

 

_____
United States Marshal

By: _____
Deputy Marshal

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 5 years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall not use or possess alcohol or enter any establishment whose primary source of income derives from the sale of alcohol.

The defendant shall make special assessment, processing fee, restitution, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall pay all monetary penalites in full by June 1, 2019.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park, Grand Teton National Park, and Glacier National Park for a period of 5 years during the term of probation.

The defendant shall submit to a search of person, residence, vehicle, workplace or storage unit upon reasonable suspicion of any law enforcement officer of violation of law or these conditions.

The defendant shall submit to a test of blood, breath, urine or saliva upon reasonable suspicion of any law enforcement officer of violation of law or these conditions.

The defendant shall enroll in and successfully complete an alcohol treatment program, and provide a copy of proof of compliance with and successful completion of the treatment program to the Court (fax 307.344.2195 or US District Court, PO Box 387, Yellowstone National Park, WY 82190).

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 6395490 | $10.00 | $30.00 | | | | $40.00 |
| NOTES: | | | | | | |
| 6395489 | $10.00 | | | | | $10.00 |
| NOTES: | | | | | | |
| 7344537 | $10.00 | | | | | $10.00 |
| NOTES: | | | | | | |
| 7344538 | $10.00 | | | | | $10.00 |
| NOTES: | | | | | | |
| **Totals:** | $40.00 | $30.00 | | | $0.00 | $70.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due by June 1, 2019, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

> The interest and penalties not be applied to fine and/or restitution.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by June 1, 2019.

---

## MONETARY OBLIGATIONS / FORFEIT PROPERTY

$70.00 due in full not later than June 1, 2019, payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363. Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation numbers (location code): 6395490 (WGT); 6395489 (WGT); 7344537 (WYNP); and 7344538 (WYNP).